IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEREMIAH D PONDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-369 (MTT) |
| | ) |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Jeremiah Ponder, an inmate confined in Hancock State Prison, filed a civil rights action under 42 U.S.C. § 1983 and moved to proceed *in forma pauperis*. Docs. 1; 2.  On preliminary review, the United States Magistrate Judge Charles Weigle recommended dismissing Ponder's complaint and denying his motion to proceed *in forma pauperis* under the three strikes rule.  Doc. 5.  In response, Ponder objected; thus, pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the recommendation de novo.  Doc. 7.

Because Ponder had more than three federal cases dismissed for reasons constituting strikes, he was required to allege facts showing that he is in imminent danger of serious physical injury.  Doc. 5 at 1-4.  Ponder alleges, in a conclusory fashion, that he is in "imminent danger" and has "serious physical injury" because he has "a broke shoulder, a ripp [sic] shoulder, and stadd [sic] scars" because he was "stadd [sic] last year."  Doc. 7 at 1.  Injuries resulting from a stabbing incident that

occurred a year ago are insufficient to establish an ongoing, present threat of serious physical injury. *Medberry v. Butler*, 185 F.3d 1189, 1193 (11th Cir. 1999) (holding that complaints of past injuries are insufficient to satisfy 1915(g)). Because Ponder does not allege that he is in imminent danger of serious physical injury, his complaint is subject to dismissal. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002).

For the reasons stated above, and in the Recommendation, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 5) is **ADOPTED** and made the order of the Court. Accordingly, Ponder's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** and his complaint (Doc. 1) is **DISMISSED** without prejudice. Further, Ponder's motion to appoint counsel (Doc. 3) is **DENIED** as moot.

**SO ORDERED**, this 13th day of December, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT