IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEREMIAH D PONDER, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00369-MTT-CHW |
| | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 13, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of December, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk